# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SINGLETON, JAMES K. | U.S. DISTRICT COURT, ALASKA | 09/30/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/94 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN- RETIREMENT INCOME | $119,978.00 |
| 2. 2015 | MERRILL LYNCH AS CUSTODIAN- RETIREMENT INCOME | $2,194.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | TRANSAMERICA LIFE INSURANCE COMPANY- RETIREMENT INCOME |
| 2. 2015 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS- RETIREMENT INCOME |
| 3. 2015 | MERRILL LYNCH AS CUSTODIAN- RETIREMENT INCOME |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 09/30/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNBA BANK ACCOUNT | A | Interest | L | T | | | | | |
| 2. ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed | 12/31/15 | K | E | |
| 3. MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT ▮▮▮ : (H) | | | | | | | | | |
| 4. AUTOMATIC DATA PROC | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 5. | | | | | Sold | 03/03/15 | J | A | |
| 6. ABBOTT LABS | | None | J | T | Buy | 10/14/15 | J | | |
| 7. ALTRIA GROUP INC | | None | J | T | Buy | 10/14/15 | J | | |
| 8. | | | | | Sold (part) | 10/16/15 | J | A | |
| 9. AMN ELEC POWER CO | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 10. BOEING COMPANY | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 11. | | | | | Sold (part) | 05/04/15 | J | A | |
| 12. CH ROBINSON WORLDWIDE, INC, NEW | A | Dividend | | | Buy (add'l) | 02/04/15 | J | | |
| 13. | | | | | Sold | 10/14/15 | J | A | |
| 14. COCA COLA COM | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 15. CONOCOPHILLIPS | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 16. CUMMINS INC | A | Dividend | | | Buy | | 03/03/15 | J | |
| 17. | | | | | Sold | 10/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CVS HEALTH CORP | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 19. DOMINION RES INC NEW VA | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 20. DOVER CORP | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 21. | | | | | Sold | 10/14/15 | J | A | |
| 22. DU PONT E I DE NEMOURS | A | Dividend | | | Buy (add'l) | 06/02/15 | J | | |
| 23. | | | | | Sold | 03/03/15 | J | | |
| 24. EXXON MOBIL CORP | A | Dividend | J | T | Buy (add'l) | 10/14/15 | J | | |
| 25. | | | | | Sold (part) | 08/04/15 | J | A | |
| 26. EMERSON ELEC CO | | None | | | Sold | 01/22/15 | J | A | |
| 27. GENERAL ELECTRIC | | None | J | T | Buy | 10/14/15 | J | | |
| 28. HOME DEPOT INC | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 29. | | | | | Sold (part) | 10/16/15 | J | A | |
| 30. INTEL CORP | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 31. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 32. | | | | | Sold (part) | 10/02/15 | J | A | |
| 33. JPMORGAN CHASE & CO | | None | J | T | Buy | 10/14/15 | J | | |
| 34. KRAFT (THE) HEINZ CO | A | Dividend | J | T | Buy | 10/14/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MCDONALDS CORP | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 36. | | | | | Sold (part) | 10/16/15 | J | A | |
| 37. MICROSOFT CORP | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 38. | | | J | T | Buy (add'l) | 11/03/15 | J | | |
| 39. | | | | | Sold (part) | 10/14/15 | J | A | |
| 40. NEXTERA ENERGY INC | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 41. NIKE INC | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 42. | | | | | Sold (part) | 10/16/15 | J | A | |
| 43. NORFOLK SOUTHERN CORP | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 44. | | | | | Sold | 08/10/15 | J | A | |
| 45. NORTHROP GRUMMAN CORP | | None | | | Sold | 01/05/15 | J | A | |
| 46. OCCIDENTAL PETE CORP | | None | J | T | Buy | 10/14/15 | J | | |
| 47. PARKER HANNIFIN CORP | A | Dividend | | | Buy | 08/04/15 | J | | |
| 48. | | | | | Sold | 10/14/15 | J | A | |
| 49. PAYCHEX INC | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 50. | | | | | Sold | 10/14/15 | J | A | |
| 51. PFIZER INC | A | Dividend | J | T | Buy | 10/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PHILIP MORRIS INTL INC | | None | J | T | Buy | 10/14/15 | J | | |
| 53. PROCTER & GAMBLE CO | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 54. | | | | | Sold (part) | 08/06/15 | J | A | |
| 55. SCHLUMBERGER LTD | | None | J | T | Buy | 10/14/15 | J | | |
| 56. SIMON PROPERTY GROUP DEL | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 57. STATE STREET CORP | | None | J | T | Buy | 10/14/15 | J | | |
| 58. THERMO FISHER SCIENTIFIC | | None | J | T | Buy | 10/14/15 | J | | |
| 59. WAL-MART STORES INC | A | Dividend | J | T | Buy (add'l) | 08/04/15 | J | | |
| 60. | | | | | Sold (part) | 10/14/15 | J | A | |
| 61. VERIZON COMMUNICATNS | | None | J | T | Buy | 10/14/15 | J | | |
| 62. 3M COMPANY | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 63. | | | | | Sold (part) | 06/02/15 | J | A | |
| 64. CONSUMER DISCRETIONARY | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 65. HEALTH CARE SELECT SPDR | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 66. ISHARES MSCI EAFE | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 67. ISHARES IBOXX $ | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 68. ISHARES TIPS | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES 3-7 YEAR | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 70. ISHARES MBS ETF | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 71. LOOMIS SAYLES STRATEGIC | B | Dividend | J | T | | | | | |
| 72. MARKET VECTORS J.P. | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 73. POWERSHARES GLOBAL | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 74. | | | | | | | | | |
| 75. SCHWAB US DIVIDEND EQTY | A | Dividend | | | Buy (add'l) | 01/12/15 | K | | |
| 76. | | | | | Sold | 02/03/15 | K | A | |
| 77. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Sold (part) | 10/07/15 | J | A | |
| 78. SECTOR SPDR ENERGY | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 79. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 80. SECTOR SPDR UTILITIES | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 81. SPDR BARCLAYS | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 82. VANGUARD FINANCIALS ETF | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 83. VANGUARD INFORMATION TECH | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 84. VANGUARD TELECOMM SRVCS | A | Dividend | J | T | Sold (part) | 04/27/15 | J | A | |
| 85. VANGUARD INTERMEDIATE | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD SHORT TERM BOND | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 87. GENUINE PARTS CO | A | Dividend | | | Sold | 01/08/15 | J | A | |
| 88. HEWLETT PACKARD ENTERPRISE CO | | None | | | Buy | 10/14/15 | J | | |
| 89. | | | | | Sold | 11/03/15 | J | A | |
| 90. HP INC | | None | | | Buy | 10/14/15 | J | | |
| 91. | | | | | Sold | 11/03/15 | J | A | |
| 92. ISHARES INC CORE MSCI | | | | | Sold | 08/25/15 | J | A | |
| 93. LINEAR TECHNOLOGY CORP | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 94. | | | | | Sold | 10/14/15 | J | A | |
| 95. QUALCOMM INC | A | Dividend | | | Buy (add'l) | 01/01/15 | J | | |
| 96. | | | | | Sold | 10/14/15 | J | A | |
| 97. RAYTHEON CO DELAWARE NEW | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 98. | | | | | Sold | 10/14/15 | J | A | |
| 99. MATERIALS SELECT SECTOR | A | Dividend | | | Sold | 04/27/15 | J | A | |
| 100. UNION PACIFIC CORP | A | Dividend | | | Buy | 06/02/15 | J | | |
| 101. | | | | | Sold | 10/14/15 | J | A | |
| 102. UNITED TECHS CORP | A | Dividend | | | Buy (add'l) | 04/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/14/15 | J | A | |
| 104. | | | | | | | | | |
| 105. MERRILL LYNCH WEALTH MANAGEMENT 60538 (H) | | | | | | | | | |
| 106. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT | B | Distribution | K | T | | | | | |
| 107. AT&T INC | A | Dividend | J | T | Buy (add'l) | 02/03/15 | J | | |
| 108. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 109. WAL-MART STORES | A | Dividend | J | T | Buy (add'l) | 06/02/15 | J | | |
| 110. BLACKROCK EQTY DIVIDEND | B | Dividend | J | T | | | | | |
| 111. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 112. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. MERRILL LYNCH WEALTH MANAGEMENT ▨ (H) | | | | | | | | | |
| 115. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT | C | Distribution | L | T | | | | | |
| 116. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 117. VERIZON COMMUNICATIONS COM | A | Dividend | J | T | | | | | |
| 118. BLACKROCK EQTY DIVIDEND | B | Dividend | J | T | | | | | |
| 119. BLACKROCK GLOBAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DELAFIELD FUND | A | Dividend | J | T | | | | | |
| 121. FAIRHOLME FUND | A | Dividend | J | T | | | | | |
| 122. GABELLI DIV & INC TR | A | Dividend | J | T | | | | | |
| 123. LOOMIS SAYLESS STRATEGIC | B | Dividend | J | T | | | | | |
| 124. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT [ ] : (H) | | | | | | | | | |
| 127. CONTINUED: | | | | | | | | | |
| 128. POWERSHARES PREFERRED | | Dividend | J | T | Buy | | | | |
| 129. | A | Dividend | J | T | Sold (part) | 10/07/15 | J | A | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 09/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This Financial Disclosure report has been amended in accordance with the Letter of Inquiry from the Committee on Financial Disclosure. As requested, the following changes have been made to ensure conformity with the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111).

In Part II, the information provided regarding, "Executive Life Insurance Company", has been removed. Additionally, in Part IIIA, the listed information for "Great-West Trust Company" was also removed. These two accounts are part of a defined contribution plan under 26USC §401(a), which is maintained by the State of Alaska as a substitute for Social Security. The administrator of this Plan is "Alaska Supplemental Annuity Plan." As such, Part VII, line 2, which was inadvertently listed as "Executive Life Insurance Company" on the original report and in prior years has now been changed to "Alaska Supplemental Annuity Plan." The value of this account is approximately $400,000 and fluctuates daily. Over the life of the account it has not dropped below $100,000.

Other corrections to the previously submitted report have been edited as follows:

In Part VII, lines 7 and 45, income information for Column B have been added for "Altria Group" and "Northrup Grumman Corp." These amounts were inadvertently left out as both had no income during 2015 and are now indicated as "none" per instructions.

In Part VII, line 74, "Powershares Preferred" was moved to line 128 and line 129 in order to preserve the original line number referencing made in the Committee's letter. As noted, there was no purchase information in the original 2015 disclosure report. These shares were purchased on 10/03/2014, but were not reported in the prior year's report as the total value of the shares were deemed negligible. We have included the purchase information in this amended report on line 128.

In Part VII, line 81, Column C information for "SPDR Barclays" has been added to reflect the value of the stock at the end of the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544